UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN M. GAGNON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R. FISHER,<br><br>　　　　　Respondent. | No. 2:19-cv-0305 CKD P<br><br><br>ORDER |

Petitioner has informed the court that he has not received respondent's answer which was filed May 9, 2019. Good cause appearing, IT IS HEREBY ORDERED that respondent serve his answer upon petitioner within 14 days and file a certificate of service with the court. Petitioner is granted 30 days from the date of service of the answer to file a traverse.

Dated: March 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gagn0305.ans